# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MAXWELL, RONALD CLYDE § Case No. 09-23933
     MAXWELL, LINDA MARIE §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 12/23/2010 in Courtroom 250, United States Courthouse, Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/07/2010    By: JOSEPH R. VOILAND
                                                   Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560
(630) 553-1951

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: MAXWELL, RONALD CLYDE | § | Case No. 09-23933 |
| MAXWELL, LINDA MARIE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,250.66 |
| *and approved disbursements of* | $ 771.37 |
| *leaving a balance on hand of* [1] | $ 5,479.29 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                         *Proposed Payment*
                                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH R. VOILAND | $ 1,375.07 | $ 183.64 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities). A priority claim (claim #13) filed on 5/4/10 by the Kane Cty Treasurer was withdrawn.

Timely claims of general (unsecured) creditors totaling $ 84,870.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.6 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Advanta Bank Corp. | $ 3,561.08 | $ 164.50 |
| 2 | American Express Centurion Bank | $ 993.01 | $ 45.87 |
| 3 | Capital Recovery III LLC As Assignee of HSBC Bank | $ 1,528.54 | $ 70.61 |
| 4 | Fia Card Services, NA/Bank of America | $ 9,726.04 | $ 449.30 |
| 5 | Fia Card Services, NA/Bank of America | $ 14,283.09 | $ 659.81 |
| 6 | Fia Card Services, NA/Bank of America | $ 11,419.71 | $ 527.53 |
| 7 | Chase Bank USA NA | $ 4,633.01 | $ 214.02 |
| 8 | Chase Bank USA NA | $ 5,915.02 | $ 273.25 |
| 9 | Chase Bank USA NA | $ 8,717.12 | $ 402.69 |
| 10 | Chase Bank USA NA | $ 5,220.47 | $ 241.16 |

**UST Form 101-7-NFR (9/1/2009)**

|  |  |  |  |
|---|---|---|---|
| 11 | Chase Bank USA NA | $ 7,399.64 | $ 341.83 |
| 12 | Chase Bank USA NA | $ 11,473.27 | $ 530.01 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number     Claimant                                              Allowed Amt. of Claim     Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number     Claimant                                              Allowed Amt. of Claim     Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: driddick                Page 1 of 2                   Date Rcvd: Nov 01, 2010
Case: 09-23933                 Form ID: pdf006               Total Noticed: 39

The following entities were noticed by first class mail on Nov 03, 2010.
db/jdb        +Ronald Clyde Maxwell,   Linda Marie Maxwell,    122 South 12th Street,
               Saint Charles, IL 60174-2636
aty           +Erick  J Bohlman,   Bohlman Law Offices, PC,    780 McArdle Dr.,   Unit F,
               Crystal Lake, IL 60014-8155
tr            +Joseph Voiland,   Joseph R. Voiland,    1625 Wing Road,   Yorkville, IL 60560-9263
15015093     ++ADVANTA,    700 DRESHER RD,   HORSHAM PA 19044-2206
              (address filed with court:  Advanta Bank Corp.,    POB 3001,   Malvern, PA 19355-0701)
14114271       Aes/nct,   Reinsurance Dept Bankruptcy,    Unit 120 N 7th,   St Harrisburg, PA 17102
14114272      +Aes/rbs Citizens Na,   1200 N 7th St,    Harrisburg, PA 17102-1419
14114273      +Allied International Credit Corp,    100 East Shore Drive, 3rd Floor,   Glen Allen, VA 23059-5758
14114274      +American Express,   c/o Becket and Lee,    Po Box 3001,   Malvern, PA 19355-0701
15027978       American Express Centurion Bank,    POB 3001,   Malvern, PA 19355-0701
14114276      +Apria Healthcare,   7353 Company Drive,    Indianapolis, IN 46237-9274
14114277      +Avon, Inc.,   122 South 12th Street,    Saint Charles, IL 60174-2636
14114281      +Bac / Fleet Bankcard,   Po Box 26012,    Greensboro, NC 27420-6012
14114282      +Bank Of America,   Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,   Greensboro, NC 27420-6012
14114284      +Bank Of America,   Attn: Bankruptcy NC4-105-02-99,    Po Box 26012,   Greensboro, NC 27420-6012
14114289      +Capital 1 Bank,   Attn: C/O TSYS Debt Management,    Po Box 5155,   Norcross, GA 30091-5155
15086114      +Capital Recovery III LLC As Assignee of HSBC Bank,    Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14114290      +Central DuPage Hospital,   25 N. Winfield Road,    Winfield, IL 60190-1295
14114295      +Chase,   Po Box 84006,   Columbus, GA 31908-4006
15390435       Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
14114300      +Citibank,   Attention: Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
14114301      +CompUSA Inc.,   7795 W. Flagler St., Ste. 35,    Miami, FL 33144-2367
14114302      +Delnor Community Hospital,   300 Randall Road,    Geneva, IL 60134-4202
14114303      +First Bank,   P.o. Box 790269,   St Louis, MO 63179-0269
14114304      +Fox Valley Orthopaedic Assoc., SC,    2525 Kaneville Road,   Geneva, IL 60134-2578
14114307      +HSBC Auto Finance,   Bankruptcy Notices,    Po Box 17909,   San Diego, CA 92177-7909
14114308      +ILL Dept. Employment Security,    Benefit Prepayment,   PO Box 19286,   Springfield, IL 62794-9286
14114309      +Kane County Treasurer,   719 Batavia Avenue, Bldg. A,    Geneva, IL 60134-3079
14114310      +Laboratory Physicians LLC,   300 Randall Road,    Geneva, IL 60134-4200
14114311      +Lins Electronic Billing Systems,    122 South 12th Street,   Saint Charles, IL 60174-2636
14114312      +Mark W Kramer, OD,   Douglas A Yuvan OD,    1001 E Main Street, Suite C,
               Saint Charles, IL 60174-2203
14114313      +Northland Group Inc.,   P.O. Box 390905,    Edina, MN 55439-0905
14114314      +Signature Limousine,   122 South 12th Street,    Saint Charles, IL 60174-2636
14114315      +Tri-City Radiology SC,   300 Randall Road,    Geneva, IL 60134-4200
14114316       Us Bank,   Mtg Serv Tram 32-1,   Saint Louis, MO 63166
The following entities were noticed by electronic transmission on Nov 02, 2010.
14114270       E-mail/Text: bkr@cardworks.com                           Advanta Bank Corp,   Po Box 844,
               Spring House, PA 19477
14114288      +E-mail/Text: bknotices@bankofthewest.com                           Bank Of The West,
               Attn: Bankruptcy,   1450 Treat Blvd,   Walnutcreek, CA 94597-7579
15389983       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 02 2010 03:24:25
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
14114305      +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2010 03:04:28        Gembppbycr,   Attention: Bankruptcy,
               Po Box 103106,   Roswell, GA 30076-9106
14114306      +E-mail/Text: bankruptcy@hraccounts.com                           H & R Accounts Inc,
               7017 John Deer Parkway,   Moline, IL 61265-8072
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14114275*    +American Express,   c/o Becket and Lee,    Po Box 3001,   Malvern, PA 19355-0701
14114278*    +Avon, Inc.,   122 South 12th Street,   Saint Charles, IL 60174-2636
14114279*    +Avon, Inc.,   122 South 12th Street,   Saint Charles, IL 60174-2636
14114280*    +Avon, Inc.,   122 South 12th Street,   Saint Charles, IL 60174-2636
14114283*    +Bank Of America,   Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,   Greensboro, NC 27420-6012
14114285*    +Bank Of America,   Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,   Greensboro, NC 27420-6012
14114286*    +Bank Of America,   Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,   Greensboro, NC 27420-6012
14114287*    +Bank Of America,   Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,   Greensboro, NC 27420-6012
14114291*    +Central DuPage Hospital,   25 N. Winfield Road,    Winfield, IL 60190-1295
14114292*    +Central DuPage Hospital,   25 N. Winfield Road,    Winfield, IL 60190-1295
14114293*    +Central DuPage Hospital,   25 N. Winfield Road,    Winfield, IL 60190-1295
14114294*    +Central DuPage Hospital,   25 N. Winfield Road,    Winfield, IL 60190-1295
14114296*    +Chase,   Po Box 84006,   Columbus, GA 31908-4006
14114297*    +Chase,   Po Box 84006,   Columbus, GA 31908-4006
14114298*    +Chase,   Po Box 84006,   Columbus, GA 31908-4006
14114299*    +Chase,   Po Box 84006,   Columbus, GA 31908-4006
                                                                                               TOTALS: 0, * 16, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: driddick            Page 2 of 2              Date Rcvd: Nov 01, 2010
Case: 09-23933                Form ID: pdf006           Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 03, 2010**                    **Signature:**    *Joseph Speetjens*