**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MAXWELL, RONALD CLYDE | § Case No. 09-23933 |
| MAXWELL, LINDA MARIE | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $219,765.00         Assets Exempt: $45,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,920.73      Claims Discharged
                                                 Without Payment: $80,949.27

Total Expenses of Administration: $2,330.08

---

3) Total gross receipts of $ 6,250.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,250.81 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,330.08 | 2,330.08 | 2,330.08 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 4,033.12 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 84,870.00 | 84,870.00 | 3,920.73 |
| **TOTAL DISBURSEMENTS** | $0.00 | $91,233.20 | $87,200.08 | $6,250.81 |

    4) This case was originally filed under Chapter 7 on June 30, 2009. The case was pending for 20 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/02/2011     By: /s/JOSEPH R. VOILAND
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Dodge Durango with 49,000 miles | 1129-000 | 1,000.00 |
| 2002 18' Bayliner Capri 1850 Boat | 1129-000 | 5,250.00 |
| Interest Income | 1270-000 | 0.81 |
| **TOTAL GROSS RECEIPTS** | | **$6,250.81** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 1,375.07 | 1,375.07 | 1,375.07 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 183.64 | 183.64 | 183.64 |
| American Auction Associates, Inc. | 3620-000 | N/A | 771.37 | 771.37 | 771.37 |

**UST Form 101-7-TDR (10/1/2010)**

| | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 2,330.08 | 2,330.08 | 2,330.08 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Kane County Treasurer | 5800-000 | N/A | 4,033.12 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 4,033.12 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Advanta Bank Corp. | 7100-000 | N/A | 3,561.08 | 3,561.08 | 164.52 |
| 2 | American Express Centurion Bank | 7100-000 | N/A | 993.01 | 993.01 | 45.87 |
| 3 | Capital Recovery III LLC As Assignee of HSBC Bank | 7100-000 | N/A | 1,528.54 | 1,528.54 | 70.61 |
| 4 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 9,726.04 | 9,726.04 | 449.31 |
| 5 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 14,283.09 | 14,283.09 | 659.83 |
| 6 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 11,419.71 | 11,419.71 | 527.56 |
| 7 | Chase Bank USA NA | 7100-000 | N/A | 4,633.01 | 4,633.01 | 214.03 |
| 8 | Chase Bank USA NA | 7100-000 | N/A | 5,915.02 | 5,915.02 | 273.26 |
| 9 | Chase Bank USA NA | 7100-000 | N/A | 8,717.12 | 8,717.12 | 402.70 |
| 10 | Chase Bank USA NA | 7100-000 | N/A | 5,220.47 | 5,220.47 | 241.17 |
| 11 | Chase Bank USA NA | 7100-000 | N/A | 7,399.64 | 7,399.64 | 341.84 |
| 12 | Chase Bank USA NA | 7100-000 | N/A | 11,473.27 | 11,473.27 | 530.03 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 84,870.00 | 84,870.00 | 3,920.73 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-23933  
**Case Name:** MAXWELL, RONALD CLYDE  
MAXWELL, LINDA MARIE  
**Period Ending:** 03/02/11

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 06/30/09 (f)  
**§341(a) Meeting Date:** 08/17/09  
**Claims Bar Date:** 04/14/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 122 S. 12th St., St. Charles, | 184,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash with debtors | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Valley Community Bank, St. | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account with Valley Community Bank, St. | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Business checking account with JP Morgan Chase B | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Savings account with minors with JP Morgan Chase | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | Savings account with minors with JP Morgan Chase | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | Savings account with minors with JP Morgan Chase | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | Misc. household goods with debtors | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Misc. books and CD's with debtors | 700.00 | 0.00 | DA | 0.00 | FA |
| 11 | Misc. clothes with debtors | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Misc. jewelry with debtors | 50.00 | 0.00 | DA | 0.00 | FA |
| 13 | Term life insurance with Prudential Financial, I | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Term life insurance with Prudential Financial, I | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Owner of Signature Limousine, St. Charles, IL | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | Owner of Sunset Concepts Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2006 Lincoln Town Car with 165,000 miles | 7,665.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2008 Travel Trailer | 20,000.00 | 2,332.00 | DA | 0.00 | FA |
| 19 | 2005 Dodge Durango with 49,000 miles | 10,365.00 | 5,565.00 | | 1,000.00 | FA |
| 20 | 2002 18' Bayliner Capri 1850 Boat | 14,000.00 | 14,000.00 | | 5,250.00 | FA |
| 21 | Misc. office equipment | 1,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.81 | FA |
| 22 | Assets Totals (Excluding unknown values) | **$244,130.00** | **$21,897.00** | | **$6,250.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-23933  **Trustee:** (330380) JOSEPH R. VOILAND
**Case Name:** MAXWELL, RONALD CLYDE  **Filed (f) or Converted (c):** 06/30/09 (f)
MAXWELL, LINDA MARIE  **§341(a) Meeting Date:** 08/17/09
**Period Ending:** 03/02/11  **Claims Bar Date:** 04/14/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**  June 15, 2010    **Current Projected Date Of Final Report (TFR):**  October 30, 2010  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 09-23933 | | **Trustee:** | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| **Case Name:** | MAXWELL, RONALD CLYDE | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | MAXWELL, LINDA MARIE | | **Account:** | ***-*****03-65 - Money Market Account |
| **Taxpayer ID #:** | **-***9421 | | **Blanket Bond:** | $50,000,000.00 (per case limit) |
| **Period Ending:** | 03/02/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/09/09 | {19} | Tri County Currency Exchange | payment for purchase of 2005 Dodge Durango | 1129-000 | 1,000.00 | | 1,000.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 1,000.02 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,000.05 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,000.08 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,000.12 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.02 | | 1,000.14 |
| 04/20/10 | | Wire out to BNYM account 9200******0365 | Wire out to BNYM account 9200******0365 | 9999-000 | -1,000.14 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | | -1,000.14 | 0.00 | |
| **Subtotal** | | 1,000.14 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$1,000.14** | **$0.00** | |

{} Asset reference(s)   Printed: 03/02/2011 04:30 PM   V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-23933  
**Case Name:** MAXWELL, RONALD CLYDE  
MAXWELL, LINDA MARIE  
**Taxpayer ID #:** **-***9421  
**Period Ending:** 03/02/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******03-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0365 | Wire in from JPMorgan Chase Bank, N.A. account ********0365 | 9999-000 | 1,000.14 | | 1,000.14 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.02 | | 1,000.16 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,000.22 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 1,000.27 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,000.33 |
| 07/31/10 | {20} | American Auction Associates, Inc. | auction proceeds | 1129-000 | 5,250.00 | | 6,250.33 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.33 | | 6,250.66 |
| 09/03/10 | 11001 | American Auction Associates, Inc. | auctioneer expenses | 3620-000 | | 771.37 | 5,479.29 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,479.33 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,479.37 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,479.41 |
| 12/23/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 5,479.44 |
| 12/23/10 | | To Account #9200******0366 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 5,479.44 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,250.81 | 6,250.81 | $0.00 |
| | | | Less: Bank Transfers | | 1,000.14 | 5,479.44 | |
| | | | **Subtotal** | | 5,250.67 | 771.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,250.67** | **$771.37** | |

{} Asset reference(s)

Printed: 03/02/2011 04:30 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-23933 | | **Trustee:** | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| **Case Name:** | MAXWELL, RONALD CLYDE | | **Bank Name:** | The Bank of New York Mellon |
| | MAXWELL, LINDA MARIE | | **Account:** | 9200-******03-66 - Checking Account |
| **Taxpayer ID #:** | **-***9421 | | **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Period Ending:** | 03/02/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/23/10 | | From Account #9200******0365 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 5,479.44 | | 5,479.44 |
| 12/23/10 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $183.64, Trustee Expenses;  Reference: | 2200-000 | | 183.64 | 5,295.80 |
| 12/23/10 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,375.07, Trustee Compensation;  Reference: | 2100-000 | | 1,375.07 | 3,920.73 |
| 12/23/10 | 103 | Advanta Bank Corp. | Dividend paid   4.61% on $3,561.08; Claim# 1; Final distribution | 7100-000 | | 164.52 | 3,756.21 |
| 12/23/10 | 104 | American Express Centurion Bank | Dividend paid   4.61% on $993.01; Claim# 2; Final distribution | 7100-000 | | 45.87 | 3,710.34 |
| 12/23/10 | 105 | Capital Recovery III LLC As Assignee of HSBC Bank | Dividend paid   4.61% on $1,528.54; Claim# 3; Final distribution | 7100-000 | | 70.61 | 3,639.73 |
| 12/23/10 | 106 | Fia Card Services, NA/Bank of America | Dividend paid   4.61% on $9,726.04; Claim# 4; Final distribution | 7100-000 | | 449.31 | 3,190.42 |
| 12/23/10 | 107 | Fia Card Services, NA/Bank of America | Dividend paid   4.61% on $14,283.09; Claim# 5; Final distribution | 7100-000 | | 659.83 | 2,530.59 |
| 12/23/10 | 108 | Fia Card Services, NA/Bank of America | Dividend paid   4.61% on $11,419.71; Claim# 6; Final distribution | 7100-000 | | 527.56 | 2,003.03 |
| 12/23/10 | 109 | Chase Bank USA NA | Dividend paid   4.61% on $4,633.01; Claim# 7; Final distribution | 7100-000 | | 214.03 | 1,789.00 |
| 12/23/10 | 110 | Chase Bank USA NA | Dividend paid   4.61% on $5,915.02; Claim# 8; Final distribution | 7100-000 | | 273.26 | 1,515.74 |
| 12/23/10 | 111 | Chase Bank USA NA | Dividend paid   4.61% on $8,717.12; Claim# 9; Final distribution | 7100-000 | | 402.70 | 1,113.04 |
| 12/23/10 | 112 | Chase Bank USA NA | Dividend paid   4.61% on $5,220.47; Claim# 10; Final distribution | 7100-000 | | 241.17 | 871.87 |
| 12/23/10 | 113 | Chase Bank USA NA | Dividend paid   4.61% on $7,399.64; Claim# 11; Final distribution | 7100-000 | | 341.84 | 530.03 |
| 12/23/10 | 114 | Chase Bank USA NA | Dividend paid   4.61% on $11,473.27; Claim# 12; Final distribution | 7100-000 | | 530.03 | 0.00 |

|  | ACCOUNT TOTALS | 5,479.44 | 5,479.44 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 5,479.44 | 0.00 | |
|  | **Subtotal** | 0.00 | 5,479.44 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$0.00** | **$5,479.44** | |

{} Asset reference(s)

Printed: 03/02/2011 04:30 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 09-23933 | | **Trustee:** | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| **Case Name:** | MAXWELL, RONALD CLYDE | | **Bank Name:** | The Bank of New York Mellon |
| | MAXWELL, LINDA MARIE | | **Account:** | 9200-******03-66 - Checking Account |
| **Taxpayer ID #:** | **-***9421 | | **Blanket Bond:** | $50,000,000.00 (per case limit) |
| **Period Ending:** | 03/02/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****03-65** | 1,000.14 | 0.00 | 0.00 |
| **MMA # 9200-******03-65** | 5,250.67 | 771.37 | 0.00 |
| **Checking # 9200-******03-66** | 0.00 | 5,479.44 | 0.00 |
| | $6,250.81 | $6,250.81 | $0.00 |

{} Asset reference(s)

Printed: 03/02/2011 04:30 PM    V.12.54